

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

PETER DOMINIC TOCCO, et. al.,

        Defendant(s).
_____/

Case: 2:06-cr-20122
Assigned To : Cohn, Avern
Referral Judge: Morgan, Virginia M
Assign. Date : 03/01/2006 @3:30PM
Description: SEALED INDI (15 DFTS) TAM

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrants in this case be sealed for the following reasons:

1. That the United States is apprehensive that the defendants may flee the jurisdiction upon becoming aware that an indictment has been returned.

2. That the United States is apprehensive that there is danger of harm to potential government witnesses if the defendants become aware of the indictment prior to arrest.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

*Keith E. Corbett*

KEITH E. CORBETT
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9640

DATED: March 1, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

PETER DOMINIC TOCCO, et. al.,

        Defendant(s).

_____/

```
Case: 2:06-cr-20122
Assigned To : Cohn, Avern
Referral Judge: Morgan, Virginia M
Assign. Date : 03/01/2006 @3:30PM
Description: SEALED INDI (15 DFTS) TAM
```

## ORDER TO SEAL

The Government having moved to seal certain documents filed March 1, 2006, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

                                        HON. R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

DATED: 3/1/06