UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Criminal No. 06-20122

Honorable: AVERN COHN

- D-1   PETER DOMINIC TOCCO,
- D-2   PETER JOSEPH MESSINA,
- D-3   DAVID JOHN ACETO,
- D-4   THOMAS JAMES MACKEY,
- D-5   WAYNE JOSEPH KASSAB,
- D-6   JOHN WILLIAM MANETTAS,
- D-7   DOMINIC CORRADO,
- D-8   JACK V. GIACALONE,
- D-9   RONALD S. YOUROFSKY,
- D-10 ALAN H. RUSSELL, a/k/a "Shorty,"
- D-11 VINCENZO BRONZINO,
- D-12 JOSEPH MESSINA,
- D-13 VIRGINIA NAVA,
- D-14 WILLIAM JOHN MANETTAS,
- D-15 PETER TOCCO (son of D-1 Peter Dominic Tocco),

    Defendants.

_____/

## ORDER TO UNSEAL INDICTMENT AND ALL ATTENDANT PAPERS FILED ON MARCH 1, 2006 AND MARCH 2, 2006

IT IS HEREBY ORDERED that the Indictment, Warrants of Arrest, and all attendant papers filed in the above matter on March 1, 2006 and March 2, 2006, be UNSEALED.

_____
HON. R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED: March 3, 2006



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Criminal No. 06-20122

Honorable: AVERN COHN

- D-1  PETER DOMINIC TOCCO,
- D-2  PETER JOSEPH MESSINA,
- D-3  DAVID JOHN ACETO,
- D-4  THOMAS JAMES MACKEY,
- D-5  WAYNE JOSEPH KASSAB,
- D-6  JOHN WILLIAM MANETTAS,
- D-7  DOMINIC CORRADO,
- D-8  JACK V. GIACALONE,
- D-9  RONALD S. YOUROFSKY,
- D-10 ALAN H. RUSSELL,
      a/k/a "Shorty,"
- D-11 VINCENZO BRONZINO,
- D-12 JOSEPH MESSINA,
- D-13 VIRGINIA NAVA,
- D-14 WILLIAM JOHN MANETTAS,
- D-15 PETER TOCCO (son of D-1 Peter Dominic Tocco),

    Defendants.
_____/

**FILED**

**MAR - 3 2006**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

## MOTION TO UNSEAL INDICTMENT AND ALL ATTENDANT PAPERS FILED UNDER SEAL ON MARCH 1, 2006 AND MARCH 2, 2006

NOW COMES the United States of America, by and through its attorneys, Stephen J. Murphy, United States Attorney, and Keith E. Corbett, Assistant United States Attorney, and requests the Court to unseal the Indictment, Warrants of Arrest, and all attendant papers in the above matter, filed under seal on March 1, 2006 and March 2, 2006, for the following reason:

1. The Defendants have been arrested on the Indictment by law enforcement officers.

2. The United States is no longer apprehensive that the Defendants may flee prior to their appearances on the Indictment.

STEPHEN J. MURPHY
United States Attorney

*Keith Corbett by [signature]*

KEITH E. CORBETT (P24602)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9640
Keith.Corbett@usdoj.gov

Dated: March 3, 2006