UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

CRIMINAL NO. _CR 2 06-20122_

vs.

JACK V. GiacAlone

ET l.

Defendant,

_____/

APPEARANCE

F I L E D
MAR 3 - 2006
CLERK'S OFFICE
DETROIT

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____

_____ GiAcAlone _____

in the above titled case.

_____ Neil Fink _____
Name           (Please Print)

_____ Neil Fink _____
Signature

_____ 195 OAKland Ave # 250 _____
Address

_BiRmingHAm____ MI____ 48009__
City          State       Zip Code

_(248) 258 -3181_____
Telephone No.

_13430_____
P Number

PLEASE CHECK THE APPROPRIATE BOX    ☒ Retained        ☐ CJA Appointed

DATED: _3-3-06_____