

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
MAR 3 - 2006
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-8    JACK V. GIACALONE,

    Defendant.

Criminal No. 06-20122

Honorable: AVERN COHN

_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, JACK V. GIACALONE, Defendant in the above-captioned case, hereby acknowledge that I have received a copy of the Indictment, and that I read it and understood its contents before entering a plea to the charges contained therein. I know that if I plead guilty or am found guilty at trial, I can be sentenced as follows:

**As to Count 2:**

**Racketeer Influenced and Corrupt Organizations – Conspiracy**
**18 U.S.C. § 1962(c)**

Up to 20 years in prison; and/or up to a $250,000 fine

As to Count 9:

**Collection of Extension of Credit by Extortionate Means**
**18 U.S.C. § 894**

Up to 20 years in prison; and/or up to a $250,000 fine

_____
JACK V. GIACALONE
Defendant

Dated: March 3-3, 2006

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have read a copy of the Standing Order for Discovery and Inspection, which requires all pretrial motions to be filed within 20 days of arraignment.

_____
Attorney for Defendant

Dated: March 3-3, 2006