**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA ,
        Plaintiff(s),

CASE NUMBER: 06-20122

v.

HONORABLE AVERN COHN

PETER DOMINIC TOCCO, et al,
        Defendant(s).
_____/

**NOTICE OF:**
**STATUS CONFERENCE**

You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 219 |
|---|---|---|
| **Wednesday, March 29, 2006** | **3:00 p.m.** | **Theodore Levin U.S. Courthouse**<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

**CERTIFICATE OF MAILING**

I hereby certify that a copy of this notice was served upon the attorneys of record on this date March 9, 2006 by ordinary mail and/or electronic mail.

Date: March 9, 2006

s/ Julie Owens
Deputy Clerk       313-234-5160