AO 442 (Rev. 5/93) Warrant for Arrest

AUSA KEITH E. CORBETT (313) 226-9640
S/A CHARLES JOHNSON (313) 237-4382

W# 0639-0316-1123-J

# United States District Court

| EASTERN | DISTRICT OF | MICHIGAN - SD |
|---|---|---|

UNITED STATES OF AMERICA

v.

D-8 JACK V. GIACALONE

**WARRANT FOR ARREST**

CASE NUMBER 06-20122

AVERN COHN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JACK V. GIACALONE__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment    Information    Complaint    Order of Court    Violation Notice
                 Probation Violation Petition

charging him or her with (brief description of offense)

Racketeering,

in violation of Title __18__ United States Code, Section(s) __1962(c)__

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

_____ 2006      Detroit, MI
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant.

| DATE RECEIVED 3/2/06 | NAME AND TITLE OF ARRESTING OFFICER PETER B. LUCAS FBI SA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/3/06 | | |