**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff(s),

CASE NUMBER: 06-20122

v.

HONORABLE AVERN COHN

PETER DOMINIC TOCCO, et al,
    Defendant(s).
_____/

**NOTICE OF:**
**JURY TRIAL**

You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 225 |
|---|---|---|
| **Monday, June 12, 2006** | **9:00 a.m.** | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**CERTIFICATE OF MAILING**

I hereby certify that a copy of this notice was served upon the attorneys of record on this date April 20, 2006 by ordinary mail and/or electronic mail.

Date: April 20, 2006

s/ Julie Owens
Deputy Clerk    313-234-5160