**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                            C.A. No.: 2:06-CR-20122

                                              Hon. Avern Cohn

                                              U.S.M.J.: Virginia M. Morgan

PETER DOMINIC TOCCO, *etc., et al.,*

        Defendants.

_____/

**NOTICE OF ENTRY OF APPEARANCE**

TO:    Hon. Dennis Weaver
        Clerk of Court
        United States District Court
        For the Eastern District of Michigan
        Fifth Floor
        Theodore Levin United States Court House
        231 West Lafayette Avenue
        Detroit, Michigan 48226

            -and-

        Keith Corbett
        Supervising Assistant U.S. Attorney
        Office of the U.S. Attorney
        2100 Comerica Bank Building
        211 West Fort Street
        Detroit, Michigan 48226
        Attorneys for the Plaintiff

            -and-

All Counsel of Record
Attorneys for the Defendants

*OYEZ; OYEZ; OYEZ:*

PLEASE TAKE NOTICE:

Richard L. Steinberg (P25862), and Richard L. Steinberg, P.C., and Neil S. Rockind (P48618), and Rockind and Liss, P.L.L.C. hereby enter their respective Appearances on behalf of the Defendant, Jack V. Giacolone.

Respectfully submitted,

**RICHARD L. STEINBERG, P.C.**
By: s/Richard L. Steinberg_____
Richard L. Steinberg
1800 Buhl Building
535 Griswold Street
Detroit, Michigan 48226
TX: 313.964.5500
FAX: 313.964.5555
E-MAIL: Trial.law@worldnet.att.net

**ROCKIND & LISS, P.L.L.C.**
By: Neil S. Rockind_____
Neil S. Rockind
Rockind & Liss, P.L.L.C.
255 Gem Building
30300 Northwestern Highway
Farmington Hills, Michigan
TX: 248.865.9400
FAX: 248.865.9033
E-MAIL: Nrockind@rockindliss.com