UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
APR 2 1 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                        C.A. No.: 2:06-CR-20122

                               Hon. Avern Cohn

                               U.S.M.J.: Virginia M. Morgan

PETER DOMINIC TOCCO, *etc., et al.*,

        Defendants.

_____/

**JOINT STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that the Court shall enter an order substituting Richard L. Steinberg (P25862), Richard L. Steinberg, P.C., Neil S. Rockind (P48618), and Rockind & Liss, P.L.L.C., jointly, in the place and stead of Neil H. Fink (P13430), and Neil H. Fink, Esq., P.C., on behalf of the Defendant, Jack V. Giacolone.

                                              Respectfully submitted,

F I L E D
APR 2 1 2006
CLERK'S OFFICE
DETROIT

                                              **RICHARD L. STEINBERG, P.C.**

                                              By:_____
                                              Richard L. Steinberg
                                              1800 Buhl Building
                                              535 Griswold Street
                                              Detroit, Michigan 48226-3663
                                              TX: 313.964.5500
                                              FAX: 313.964.5555
                                              E-MAIL: Trial.law@worldnet.att.net

NEIL H. FINK, ESQ., P.C.

By: s/ with consent by Richard L. Steinberg
Neil H. Fink
185 Oakland Avenue
Suite No. 250
Birmingham, Michigan 48009
TX: 248.258.3181
FAX: 248.258.3180

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 21, 2006
At: Detroit, Michigan