UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Criminal No. 06-20122

-vs-                                 Honorable AVERN COHN

D-1   PETER DOMINIC TOCCO,
D-2   PETER JOSEPH MESSINA,
D-3   DAVID JOHN ACETO,
D-4   THOMAS JAMES MACKEY,
D-5   WAYNE JOSEPH KASSAB,
D-6   JOHN WILLIAM MANETTAS,
D-7   DOMINIC CORRADO,
D-8   JACK V. GIACALONE,
D-9   RONALD S. YOUROFSKY,
D-10 ALAN H. RUSSELL,
       a/k/a "Shorty,"
D-11 VINCENZO BRONZINO,
D-12 JOSEPH MESSINA,
D-13 VIRGINIA NAVA,
D-14 WILLIAM JOHN MANETTAS,
D-15 PETER TOCCO (son of D-1 Peter Dominic Tocco),

      Defendants.
_____/

**STIPULATED ORDER SETTING DISCOVERY AND MOTION DATES,
ADJOURNING TRIAL DATE, AND FINDING OF EXCLUDABLE DELAY**

Upon the parties appearing for a status conference on March 29, 2006, and the Court being apprised of the circumstances of this matter, IT IS HEREBY ORDERED:

    1.       The Government shall provide discovery to the defense by June 1, 2006;[1]

    2.       Defense motions are to be filed by September 1, 2006;

    3.       The due date for the Government's responses to the defense motions shall be determined by the Court at a later date; and

    4.       The jury trial currently scheduled for June 12, 2006 at 9:00 A.M. is adjourned until March 7, 2007 at 9:00 A.M., based on the need to allow sufficient time for defense counsel to obtain and review discovery, file motions, and prepare for trial.

IT IS FURTHER ORDERED that, for the reasons stated in Paragraph 4, above, the time period between the March 29, 2006 status conference and the March 7, 2007 trial date shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, and this Court finds that the ends of justice served by this delay outweigh the best interests of the Defendants and the public in a speedy trial.

                                                      s/ Avern Cohn
                                                      HONORABLE AVERN COHN
                                                      United States District Judge

DATED: April 28, 2006

---

[1] The discovery is voluminous and includes intercepted wire communications obtained over the course of 18 months, surveillance logs, grand jury transcripts, and evidence obtained via search warrants.

So Stipulated:

s/ Keith E. Corbett
U.S. Attorney's Office (Detroit)
211 W. Fort Street , Suite 2001
Detroit, MI 48226
313-226-9100
Keith.Corbett@usdoj.gov
**Attorney for United States of America**

s/ Domnick J. Sorise
645 Griswold Street, Suite 1717
Detroit, MI 48226
313-967-0100
**Attorney for D-1, Peter Dominic Tocco**

s/ Robert M. Morgan
615 Griswold, Suite 1125
Detroit, MI 48226
313-961-7070
Email: morgancrdefense@ameritech.net
**Attorney for D-2, Peter Joseph Messina**

s/Stephen T. Rabaut
19900 E. Ten Mile Road , Suite 102
St. Clair Shores, MI 48080
586-776-1110
Fax: 585-776-1706
Email: str2354@aol.com
**Attorney for D-3, David John Aceto**

s/Mark J. Kriger
LaRene & Kriger
645 Griswold Street, Suite 1717
Detroit, MI 48226
313-967-0100
Email: mkriger@sbcglobal.net
**Attorney for D-4, Thomas James Mackey**

s/ Neil S. Rockind
Rockind & Liss
30300 Northwestern Highway, Suite 255
Farmington Hills, MI 48334
248-865-2900
**Attorney for D-8, Jack V. Giacalone**

s/Mark A. Satawa
Kirsch & Satawa
3000 Town Center, Suite 1700
Southfield, MI 48075
248-356-8320
Email: mark@kirschandsatawa.com
**Attorney for D-9, Mark A. Satawa**

s/ Mark H. Magidson
2110 Penobscot Building
Detroit, MI 48226
313-963-4311
Email: mmag100@aol.com
**Attorney for D-10, Mark H. Magidson**

s/Christopher A. Andreoff
Jaffe, Raitt, (Southfield)
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214
248-351-3000
**D-11, Vincenzo Bronzino**

s/Steven E. Scharg
615 Griswold
Suite 1125
Detroit, MI 48226
313-962-4090
Email: stevescharg@aol.com
**Attorney for D-12, Joseph Messina**

3

s/James C. Thomas
535 Griswold Street
2632 Buhl Building
Detroit, MI 48226
313-963-2420
Email: jctdetroitlaw@msn.com
**Attorney for D-5, Wayne Joseph Kassab**

s/M. Jon Posner
Mogill, Posner, (Detroit)
645 Griswold, Suite 3060
Detroit, MI 48226
313-962-7210
Fax: 313-361-7799
Email: jonposner@bignet.net
**Attorney for D-6, John William Manettas**

s/David R. Cripps
2632 Buhl Building
Detroit, MI 48226-3687
313-963-0210
313-963-9258 (fax)
gabisilver@aol.com
**Attorney for D-7, Dominic Corrado**

s/ Lawrence Bunting
3190 Rochester Rd Ste 100
Troy, MI 48083
Phone: (248) 689-4200
Fax: (248) 689-0404
E-mail: ljbunting@wowway.com
**Attorney for D-13, Virginia Nava**

s/Ben M. Gonek
615 Griswold, Suite 1300
Detroit, MI 48226
313-963-3377
Email: Bgonek@aol.com
**Attorney for D-14, William John Manettas**

s/Arthur J. Weiss
30445 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-3175
248-855-5888
Email: ajwcrime@yahoo.com
**Attorney for D-15, Peter Tocco**