UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

USA

        Plaintiff(s),

v.

TOCCO, ET AL.

        Defendant(s).

Case No.  2:06-CR-20122-AC-VMM-8

Judge  Avern Cohn

Magistrate Judge  Virginia M. Morgan

/

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

To:    Attorney Admission Clerk and All Other Parties

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for:  RICHARD L. STEINBERG, P.C._____.  **(Check all that apply)**

☐ *Name*:
    From: _____  To: _____

☐ *Law Firm/Government Agency Association*:
    New Law Firm Name: _____

☐ I am no longer counsel of record on the above titled case; please terminate my association to this case.

☑ *Address:*  1800 BUHL BUILDING, 535 GRISWOLD, DETROIT, MI   48226
☐ *Telephone Number:* _____
☐ *Primary E-Mail Address:* _____
☐ *Secondary E-Mail Address(es):* _____

Date:  May 10, 2006

S/RICHARD L. STEINBERG

P25862
RICHARD L. STEINBERG, P.C.
1800 BUHL BUILDING, 535 GRISWOLD
DETROIT, MI   48226
313.964.5500
TRIAL.LAW@WORLDNET.ATT.NET

CERTIFICATE OF SERVICE

I hereby certify that on _____May 10, 2006_____, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Christopher A. Andreoff, Keith E. Corbett, David Cripps, Ben Bonek, David Griem, Mark Kriger, N.C. Deday LaRene, Mark Magidson, Robert Morgan, M. Jon Posner, Mark Satawa, Steven Scharg, Gabi Silver, Domnick Sorise, James C. Thomas

and I hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

Federal Defender & Neil Rockind

s/Richard L. Steinberg

P25862
Richard L. Steinberg, P.C.
1800 Buhl Building, 535 Griswold
Detroit, MI   48226
313.964.5500
trial.law@worldnet.att.net