2

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                            C.A. No.: 06-20122

-v-                                         Hon. Avern Cohn

JACK V. GIACALONE (D-8)

_____/

Richard L. Steinberg (P25862)                Office of the
Richard L. Steinberg, P.C.                   United States Attorney
1800 Buhl Building                           Keith Corbett (P24602)
535 Griswold Street                       Assistant U.S. Attorney
Detroit, Michigan 48226-3990          211 West Fort Street
TX: 313.964.5500                         Suite No. 2001
FAX: 313.964.5555                      Detroit, Michigan 48226
E-MAIL: Trial.law@worldnet.att.net     TX: 313.226.9100
Attorney for Defendant                   Attorney for Plaintiff

Neil Rockind (P48618)
Rockind & Liss, P.L.L.C.
255 Gem Building
30300 Northwestern Highway
Farmington Hills, Michigan
TX: 248.865.9400
FAX: 248.865.9033
E-MAIL: Nrockind@rockindliss.com

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

FILED

OCT 17 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

1

NOW COMES the Plaintiff, the United States of America, and the Defendant, Jack V. Giacalone, by and through their respective attorneys, and hereby stipulate and agree that this Honorable Court shall enter an order amending the Scheduling Order previously entered by this Court on April 28, 2006, extending the date by which defense motions are to be filed from September 1, 2006, until November 1,2006; all other dates shall remain the same.

Respectfully submitted,

**RICHARD L. STEINBERG, P.C.**

By: /s/ Richard L. Steinberg
     Richard L. Steinberg
     Attorney and Counselor-at-Law
     1800 Buhl Building
     535 Griswold Street
     Detroit, Michigan 48336-3993
     313.964.5500
     313.964.5555
     E-MAIL: Trial.law@att.net


**OFFICE OF THE UNITED STATES ATTORNEY**

By: /s/ Keith Corbett
     Keith Corbett
     Assistant U.S. Attorney
     211 West Fort Street
     Suite No. 2001
     Detroit, Michigan 48226
     313.226.9100

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

OCT 17 2006

Done: August 30, 2006
At: Detroit, Michigan

2