UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

-v-              Case No: 2:06-CR-20122
                Hon. Avern Cohn

                U.S.M.J.: Virginia M. Morgan

PETER DOMINIC TOCCO, *etc., et al.,*
      Defendants.
_____/

**JOINT STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that the Court shall enter an order substituting Neil H. Fink (P13430), and Neil H. Fink, Esq., P.C., in the place and stead of Richard L. Steinberg (P25862), Richard L. Steinberg, P.C., Neil S. Rockind (P48618), and Rockind & Liss, P.L.L.C., individually and jointly, on behalf of the Defendant, Jack V. Giacolone.

Respectfully submitted,

**RICHARD L. STEINBERG, P.C.**

| By: /s/ Richard L. Steinberg | **NEIL H. FINK, ESQ., P.C.** |
|---|---|
| Richard L. Steinberg | By: /s/ Neil H. Fink |
| 1800 Buhl Building | Neil H. Fink |
| 535 Griswold Street | 185 Oakland Avenue, Suite No. 250 |
| Detroit, Michigan 48226-3663 | Birmingham, Michigan 48009 |
| TX: 313.964.5500 | TX: 248.258.3181 |
| FAX: 313.964.5555 | FAX: 248.258.3180 |
| E-MAIL: Trial.law@worldnet.att.net | |

IT IS SO ORDERED:

Dated:  October 25, 2006       s/ Avern Cohn
                  UNITED STATES DISTRICT JUDGE