**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff(s),

CASE NUMBER: 06-20122

v.

HONORABLE AVERN COHN

PETER TOCCO, et al,
        Defendant(s).
_____/

**NOTICE OF:**
**RE-SCHEDULED JURY TRIAL**

You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 225 |
|---|---|---|
| **Monday, April 23, 2007** | **9:00 a.m.** | **Theodore Levin U.S. Courthouse**<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

**CERTIFICATE OF MAILING**

I hereby certify that a copy of this notice was served upon the attorneys of record on this date February 16, 2007 by ordinary mail and/or electronic mail.

Date: February 16, 2007

s/ Julie Owens
Deputy Clerk        313-234-5160