# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                Plaintiff(s),

                                CASE NUMBER: 06-20122

v.                               HONORABLE AVERN COHN

D-7, DOMINIC CORRADO, D-8, JACK
GIACALONE, D-11, VINCENZO BRONZINO,
D-9, RONALD YOUROFSKY, D-13, VIRGINIA
NAVA, D-15, PETER TOCCO,
                Defendant(s).
_____/

## NOTICE OF:
## STATUS CONFERENCE

      You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 219 |
|---|---|---|
| **Thursday, April 05, 2007** | **12:00 p.m.** | **Theodore Levin U.S. Courthouse**<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

## CERTIFICATE OF MAILING

      I hereby certify that a copy of this notice was served upon the attorneys of record on this date March 28, 2007 by ordinary mail and/or electronic mail.

Date:  March 28, 2007                           s/ Julie Owens
                                                 Deputy Clerk           313-234-5160