MIE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff(s),                          CASE NUMBER: 06-20122

v.                                                        HONORABLE AVERN COHN

D-7, DOMINIC CORRADO,
D-8, JACK GIACALONE,
D-11, VINCENZO BRONZINO,
D-9, RONALD YUROFSKY,
D-13, VIRGINIA NAVA,
D-15, PETER TOCCO,
                    Defendant(s).

                                                        /

## AMENDED NOTICE OF:
## STATUS CONFERENCE ON THE RECORD WITH DEFENDANTS PRESENT

    You are hereby notified to appear before the Honorable Avern Cohn, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 225 |
|---|---|---|
| **Thursday, April 05, 2007** | **12:00 p.m.** | **Theodore Levin U.S. Courthouse**<br>**231 W. Lafayette**<br>**Detroit, Michigan 48226** |

## CERTIFICATE OF MAILING

    I hereby certify that a copy of this notice was served upon the attorneys of record on this date March 30, 2007 by ordinary mail and/or electronic mail.

Date:  March 30, 2007                              s/ Julie Owens
                                                   Deputy Clerk                    313-234-5160