UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JACK GIACALONE,

    Defendant(s).

_____/

Case No. 06-20122-D8

HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## ORDER FOR LUNCHEON FOR JURORS

IT IS ORDERED that the fourteen (14) jurors in the above case, be furnished their luncheon at the expense of the United States.

                s/ Avern Cohn
                AVERN COHN
                UNITED STATES DISTRICT JUDGE

Dated: April 25, 2007