UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

                                          Case No. 06-20122-D8

v.

JACK GIACALONE,                    HONORABLE AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

    Defendant(s).
_____/

ORDER FOR LUNCHEON FOR JURORS

    IT IS ORDERED that the fourteen (14) jurors in the above case, be furnished their luncheon at the expense of the United States.

                                          s/ Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 27, 2007