United States of America v. Jack Giacalone

VERDICT

We the jury, after due deliberation, unanimously find the defendant:

**COUNT ONE:**

                  Not Guilty ✓    Guilty _____

**COUNT TWO:**

                  Not Guilty ✓    Guilty _____

Date: 4-27-07

s/ Foreperson
**Foreperson Signature**

In accordance with the Privacy Policy
the verdict form with original signature has been
filed under seal



FILED
APR 27 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN