UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

Case No. 06-20122

v.

Honorable Avern Cohn

Jack V. Giacalone,
       Defendant.
_____/

## NOTICE OF CORRECTION

Docket entry number 184 originally entered on May 8, 2007 has been removed from the docket. The explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| ☐ | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed. |
| **X** | Other: The document and docket entry were entered on the docket in error. |

If you need further clarification or assistance, please contact Peggy S. Miller at 810-341-7840.

DAVID J. WEAVER, CLERK OF COURT

Dated: May 9, 2007        s/Peggy S. Miller
                              Deputy Clerk