UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          CRIMINAL NO. 06-20122

-vs-                                      HONORABLE AVERN COHN

D-1    PETER DOMINIC TOCCO, et al,

       Defendants.
_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change of Assistant U.S. Attorney of record for the above captioned case:

*Add the following AUSA:*

| | |
|---|---|
| Name: | JOHN C. ENGSTROM |
| Bar ID: | P38436 |
| Telephone: | 313-226-9571 |
| Fax: | 313-226-3413 |
| Email: | John.Engstrom@usdoj.gov |

*Terminate the following AUSA:*

| | |
|---|---|
| Name: | KEITH E. CORBETT |
| Telephone: | 313-226-9640 |

                                            Respectfully submitted,

                                            TERRENCE BERG
                                            Acting United States Attorney

                                            s/John C. Engstrom
                                            JOHN C. ENGSTROM (P38436)
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            Phone: (313) 226-9571
                                            E-Mail: John.Engstrom@usdoj.gov

DATED: January 7, 2009