AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ MICHIGAN

UNITED STATES OF AMERICA

V.

D-8 JACK V. GIACALONE

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   06-20122

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Avern Cohn
_____
Signature of Judge

AVERN COHN, U.S. DISTRICT JUDGE
_____
Name and Title of Judge

April 27, 2007
_____
Date